**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TIMOTHY FARMER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>    Defendants. | 2:17-cv-01669-APG-VCF<br><br>**ORDER** |

      Before the Court is the Motion to Extend Time for Experian Information Solutions, Inc. to Respond to the Complaint. (ECF No. 15). Defendant Experian requests an extension of 21 days, up to and including August 7, 2017, to file its response to the Complaint. Plaintiff opposes and counters with a 10 day extension to July 27, 2017.  (ECF No. 19).

      Accordingly,

      IT IS HEREBY ORDERED that Motion to Extend Time for Experian Information Solutions, Inc. to Respond to the Complaint (ECF No. 15) is GRANTED in part and DENIED in part.  Experian must file an answer or otherwise respond to the Complaint on or before noon, August 3, 2017.

      DATED this 14th day of July, 2017.

      _____
      CAM FERENBACH
      UNITED STATES MAGISTRATE JUDGE