GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel:   (702) 851-1191
Fax:   (702) 851-1198
E-mail:  ghubley@brookshubley.com

*Attorneys for Defendant Ally Financial Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY FARMER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, ALLY FINANCIAL, CHASE MTG., FIRST TENNESSEE BANK, WELLS FARGO BANK NA, and WELLS FARGO FINANCIAL CARDS.<br><br>Defendant(s). | Case No.   2:17-cv-01669-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff TIMOTHY FARMER ("Plaintiff"), by and through his counsel of record, Matthew Knepper, Esq., and Miles Clark, Esq. of Knepper & Clark LLC, and Haines & Krieger, LLC; and Defendant ALLY FINANCIAL INC, ("ALLY") by and through its counsel of record, Brooks Hubley, LLP, agree and stipulate as follows:

IT IS HEREBY STIPULATED that the Defendant ALLY shall have up to and including ***August 16, 2017***, within which to file its response to Plaintiff's *Complaint* filed June 15, 2017 [ECF Doc. 1].

///

///

///

/246928

The purpose of this stipulation is not intended to hinder, delay or prejudice any parties.

| | |
|---|---|
| Stipulated and agreed to on this 13th day of July, 2017. | Stipulated and agreed to on this 13th day of July, 2017. |
| **KNEPPER & CLARK LLC** | **BROOKS HUBLEY, LLP** |
| By: /s/ Miles N. Clark<br>MILES N. CLARK, ESQ.<br>10040 West Cheyenne Avenue, Ste. 170-109<br>Las Vegas, Nevada 89129 | By: /s/ Gregg A. Hubley<br>GREGG A. HUBLEY, ESQ.<br>1645 Village Center Circle, Suite 60<br>Las Vegas, Nevada 89134 |
| *Attorney for Plaintiff Timothy Farmer* | *Attorneys for Defendant Ally Financial Inc.* |

### ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant ALLY shall have up to and including **August 16, 2017,** within which to file its response to Plaintiff's *Complaint*.

DATED this 14th day of July, 2017.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

/246928

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, I served a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

/s/ *Dana K. Taylor*
Dana K. Taylor, Paralegal

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

/246928