Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIMOTHY FARMER,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, ALLY FINANCIAL, CHASE MTG., FIRST TENNESSEE BANK, WELLS FARGO, WELLS FARGO BANK NA, and WELLS FARGO FINANCIAL CARDS,

Defendants.

CASE NO. 2:17-cv-01669-APG-VCF

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

**(First Request)**

Plaintiff Timothy Farmer ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. erroneously sued as Chase Mtg., ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

1. Chase shall have through and including **Monday, July 31, 2017** to file a response to Plaintiff's Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not being made for the purposes of causing any delay, or to prejudice any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case as against Chase.

SMITH LARSEN & WIXOM

/s/ *Kent F. Larsen*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

Date: July 13, 2017

KNEPPER & CLARK LLC

*/s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff

Date: July 13, 2017.

**ORDER**

**IT IS SO ORDERED**.

Dated this 14th day of July, 2017.

UNITED STATES MAGISTRATE JUDGE