Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY FARMER,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; ALLY FINANCIAL; CHASE MTG.; FIRST TENNESSEE BANK; WELLS FARGO; WELLS FARGO BANK NA; and WELLS FARGO FINANCIAL CARDS,<br><br>   Defendants. | Case No.: 2:17-cv-01669-APG-GWF<br><br>**STIPULATION OF DISMISSAL OF ALLY FINANCIAL, PURSUANT TO FRCP 41(A)(I)(A)(II)**<br><br>**ORDER** |

/ / /

Stipulation of Dismissal of Ally Financial, Pursuant to FRCP 41(A)(I)(A)(ii) - 1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Ally Financial, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 6th day of October, 2017.

| /s/ *Miles N. Clark* | /s/ *Gregg A. Hubley* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Gregg A. Hubley, Esq.<br>Nevada Bar No. 7386<br>HUBLEY LAW, LTD.<br>7030 Smoke Ranc Road, Suite B<br>Las Vegas, NV 89128<br>Email: ghubley@hubleylawltd.com<br><br>Ethan Ostroff, Esq.<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462<br>Email: ethan.ostroff@troutmansanders.com<br><br>*Counsel for Defendant Ally Financial* |
| /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* | /s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>Nevada Bar No.8629<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
|  | **IT IS SO ORDERED.**<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: October 10, 2017. |

Stipulation of Dismissal of Ally Financial, Pursuant to FRCP 41(A)(I)(A)(ii) - 2

| | |
|---|---|
| /s/ *Jennifer Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>Email: jbraster@naylorandbrasterlaw.com<br>Email: asharples@naylorandbrasterlaw.com<br><br>Edward San Chang, Esq. (Pro Hac Vice)<br>JONES DAY<br>3161 Michelson Dr Ste 800<br>Irvine, CA 92612<br>Email: echang@jonesday.co<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | /s/ *Kent F. Larsen*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>SMITH LARSEN & WIXOM<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>Email: kfl@slwlaw.com<br>*Counsel for Defendant JP Morgan Chase Bank, N.A., improperly sued as Chase Mtg.* |
| /s/ *Kelly H. Dove*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tayna N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: tlewis@swlaw.com<br>*Counsel for Defendants*<br>*Wells Fargo, Wells Fargo Bank N.A., and Wells Fargo Financial Cards* | /s/ *Rex D. Garner*<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>AKERMAN LLP<br>1160 Town Center Dr., Suite 330<br>Las Vegas, NV 89144<br>Email: rex.garner@akerman.com<br>*Counsel for Defendant First Tennessee Bank* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this \_\_\_\_ day of _____ 2017.

Stipulation of Dismissal of Ally Financial, Pursuant to FRCP 41(A)(I)(A)(ii) - 3