Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY FARMER, | CASE NO. 2:17-cv-01669-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING DEFENDANT JPMORGAN CHASE BANK, N.A. PURSUANT TO FRCP 41(A)(I)(A)(II)** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, ALLY FINANCIAL, CHASE MTG., FIRST TENNESSEE BANK, WELLS FARGO, WELLS FARGO BANK NA, and WELLS FARGO FINANCIAL CARDS, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant JPMorgan Chase Bank, N.A. (incorrectly named in the caption as "Chase Mtg"), from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 26th day of October, 2017

| KNEPPNER & CLARK, LLC | HAINES & KRIEGER, LLC |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper <br> Nevada Bar No. 12796 <br> Miles N. Clark <br> Nevada Bar No. 13848 <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> Attorneys for Plaintiff | /s/ *David H. Krieger* <br> David H. Krieger <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 <br> Attorneys for Plaintiff |
| JONES DAY | SNELL & WILMER |
| /s/ *Edward San Chang* <br> Edward San Chang, Esq. <br> (Pro Hac Vice) <br> and <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> Counsel for Defendant Experian Information Solutions, Inc. | /s/ *Bradley T. Austin* <br> Bradley T. Austin <br> Nevada Bar No. 13064 <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Attorneys for Defendant Equifax Information Services, LLC |
| SMITH LARSEN & WIXOM | LEWIS BRISBOIS BISGAARD & SMITH |
| /s/ *Kent F. Larsen* <br> Kent F. Larsen <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Defendant JPMorgan Chase Bank, N.A. | /s/ *Jason Revzin* <br> Jason Revzin <br> Nevada Bar No. 8629 <br> 6835 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Attorneys for Defendant Trans Union, LLC |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 26, 2017.

| SNELL & WILMER, LLP | AKERMAN LLP |
|---|---|
| /s/ *Tanya N. Lewis* <br> Kelly H. Dove <br> Nevada Bar No. 10569 <br> Tanya N. Lewis <br> Nevada Bar No. 8855 <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Attorneys for Defendants Wells Fargo Bank, N.A., and Wells Fargo Financial Cards | /s/ *Rex D. Garner* <br> Ariel E. Stern, Esq. <br> Nevada Bar No. 8276 <br> Rex D. Garner, Esq. <br> Nevada Bar No. 9401 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> Attorneys for First Tennessee Bank National Association |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated this ____ day of _____ 2017

- 3 -