David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*
*TIMOTHY L. FARMER*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. FARMER,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; ALLY FINANCIAL; CHASE MORTGAGE; FIRST TENNESSEE BANK; TARGET NATIONAL BANK; WELLS FARGO; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL CARDS,<br><br>Defendants. | Case No. 2:17-cv-01669-APG-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION ONLY</u>** |

Plaintiff TIMOTHY L. FARMER and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 16, 2017

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>/s/ Miles N. Clark, Esq.<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave.<br>Suite 170-109<br>Las Vegas, NV 89129<br><br>*Attorneys for Plaintiff*<br>TIMOTHY L. FARMER | By:<br>/s/ Jason Revzin<br>Jason Revzin<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd.<br>Suite 600<br>Las Vegas, NV 89118<br><br><br>*Attorney for Defendant*<br>TRANS UNION, LLC |

# **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 11/16/2017 _____