# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIMOTHY FARMER, | Case No. 2:17-CV-01669-APG-GWF |
| Plaintiff, | |
| v. | **ORDER FOR STIPULATION OF DIMISSAL OR STATUS REPORT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

On October 9, 2017, the plaintiff advised the Court that he had reached a settlement with defendant First Tennessee Bank, and requested sixty days to finalize settlement. ECF No. 53. More than sixty days have passed without a stipulation to dismiss being filed.

IT IS THEREFORE ORDERED that plaintiff Timothy Farmer and defendant First Tennessee Bank shall file a stipulation of dismissal or a status report regarding settlement on or before February 23, 2018.

DATED this 6th day of February, 2018.

                                                                              _____
                                                                              ANDREW P. GORDON
                                                                              UNITED STATES DISTRICT JUDGE